IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01639-REB-MJW

BARBARA A. WYCKOFF,

Plaintiff,

v.

LOVELAND CHRYSLER-PLYMOUTH, INC. d/b/a FERRERO AUTO CENTER, INC.,

Defendant.

---

**MINUTE ORDER
(DN 25)**

---

MICHAEL J. WATANABE
United States Magistrate Judge

    It is hereby ORDERED that the Defendant's Unopposed Motion for Protective Order, filed with the Court on December 11, 2007, is DENIED.

Date: December 12, 2007