IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
United States Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01639-REB-MJW

BARBARA A. WYCKOFF,

Plaintiff,

v.

LOVELAND CHRYSLER-PLYMOUTH, INC. d/b/a FERRERO AUTO CENTER, INC.,

Defendant.

**MINUTE ORDER
(DN 27)**

    It is hereby ORDERED that Defendant's Amended Unopposed Motion for Protective Order (docket no. 27) is DENIED. It is not unusual to have pending dispositive motions and discovery going forward at the same time. This court is well aware that Defendant has filed a Motion to Dismiss (docket no. 17) and that such motion it is ripe for ruling before Judge Blackburn. Nevertheless, the parties have until May 20, 2008, to complete discovery and the parties may choose to wait to begin discovery or the parties may, per the scheduling order, proceed forthwith with discovery.

Date: December 13, 2007