IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01639-REB-KMT

BARBARA A. WYCKOFF,

    Plaintiff,

v.

LOVELAND CHRYSLER-PLYMOUTH, INC. doing business as Ferrero Auto Center, Inc.

    Defendant.

---

## MINUTE ORDER
---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Stipulated Motion to Vacate Settlement Conference" (#34, filed February 4, 2008) is GRANTED. The Settlement Conference is reset to **April 21, 2008 at 10:00 a.m.**

Dated: February 5, 2008