IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01639-REB-KMT

BARBARA A. WYCKOFF,

    Plaintiff,

v.

LOVELAND CHRYSLER-PLYMOUTH, INC. doing business as Ferrero Auto Center, Inc.

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Unopposed Motion to Amend Scheduling Order Regarding Disclosures of Expert Testimony" (#44, filed March 31, 2008) is GRANTED. The parties have up to and including May 19, 2008 to disclose their expert witnesses, and up to and including June 9, 2008 to disclose rebuttal experts.

Dated: April 2, 2008